James H. Power
Marie E. Larsen
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, New York 10019
Telephone: 212-513-3200
Telefax: 212-385-9010
Email: james.power@hklaw.com
       marie.larsen@hklaw.com

*Attorneys for Plaintiff*
*Sigma Tankers Inc*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SIGMA TANKERS INC,
individually and on behalf of
M/V DUBAI ATTRACTION (IMO No. 9422536),
M/V ORCHID (IMO No. 9624079)

                  Plaintiff,

- against -

O.W. BUNKER PANAMA S.A., O.W. BUNKER
USA INC, O.W. BUNKER NORTH AMERICA
INC, O.W. BUNKER HOLDING NORTH
AMERICA INC, ING BANK N.V.

                  Defendants.

15 Civ. _____ ( )

---

## EX PARTE APPLICATION TO DEPOSIT FUNDS INTO REGISTRY OF COURT

Sigma Tankers Inc ("Sigma Tankers" or "Plaintiff"), individually and on behalf of the vessels M/V Dubai Attraction and the M/V Orchid (the "Vessels"), files this application pursuant to 28 U.S.C. § 1335 and under Rule E of the Supplemental Rules for Admiralty or Maritime Claims for permission to deposit into the registry of this Court the sum of $414,903.92, representing the amount owed for the sale and delivery of bunker fuel to the Vessels, plus 6%

annual interest on the amount to secure any *in rem* claims against the Vessels and any *in personam* claims against Plaintiff.

WHEREFORE, Plaintiff prays that its check be received into the registry of this Court as payment of disputed property for the ultimate disposition by order of this Court in the above-styled interpleader action. A proposed order is submitted with this application.

Dated: New York, New York
April 8, 2015

                                              HOLLAND & KNIGHT LLP

By: _____
James H. Power
Marie E. Larsen
31 West 52nd Street
New York, New York 10019
Telephone: 212-513-3200
Telefax: 212-385-9010
Email: james.power@hklaw.com
       marie.larsen@hklaw.com

*Attorneys for Plaintiff Sigma Tankers Inc, individually and on behalf of M/V DUBAI ATTRACTION (IMO No. 9422536), M/V ORCHID (IMO No. 9624079)*